tion by Samuel K. Nester against Henry Colter. No opinion. Judgment affirmed, with costs.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.
PER CURIAM. Order reversed, without costs of this appeal to either party, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NESTER, Respondent, v. COLTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by Samuel K. Nester against Henry Colter.
PER CURIAM. Order affirmed, without costs of this appeal to either party, without prejudice to the right of the defendant to make such further motion as he may be advised, upon the decision affirming the judgment in Nester v. Colter (handed down herewith) 90 N. Y. Supp. 1106.

NEW HARTFORD CANNING CO., Respondent, v. WINDHOLZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by the New Hartford Canning Company against Louis Windholz.
PER CURIAM. Order affirmed, with costs.
WILLIAMS and STOVER, JJ., dissent.

NEW YORK CENT. & H. R. R. CO., Appellant, v. HOYT, Town Clerk, Respondent. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by the New York Central & Hudson River Railroad Company against James A. Hoyt, town clerk, etc. No opinion. Judgment unanimously affirmed, with costs.

NEW YORK LIFE INS. & TRUST CO., et al., Respondent, v. CHURCH OF HOLY COMMUNION, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by the New York Life Insurance & Trust Company and others against the Church of the Holy Communion and others. No opinion. Order affirmed, with $10 costs and disbursements.

NIAGARA HOME TELEPHONE CO., Respondent, v. MATTESON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Proceedings for the condemnation of real property by the Niagara Home Telephone Company against Hiram E. Matteson. No opinion. Upon return of order to show cause, appeal dismissed, without costs.

NICKELL, Appellant, v. TRACY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Ida E. Nickell against Harriet Tracy and others. No opinion. Appeal dismissed, with costs.

NORTHERN ELEVATOR CO., Limited, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by the Northern Elevator Company, Limited, against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

OATMAN v. WATROUS et al. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Rachel E. Oatman against Harry W. Watrous and others.
PER CURIAM. Motion denied.

O'BRIEN, Appellant, v. WILLIAMS-BURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Daniel T. O'Brien, as administrator de bonis non, etc., of Anne Coote (formerly Anne Gaffney), deceased, against the Williamsburgh Savings Bank and another. No opinion. Motion for reargument granted, without costs, and case set down for November 15, 1904.)

O'CONNELL, Respondent, v. BAILEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by James O'Connell against William Trist Bailey, impleaded with Charles Cooper and others. No opinion. Order affirmed, with $10 costs and disbursements.

O'SHEA, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1904.) Action by Daniel O'Shea, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PATTERSON, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Martha B. Patterson against Thomas H. Taylor. M. L. Bonner, for appellant. A. H. Holbrook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PATTERSON v. WHITE STAR TOWING CO. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Thomas H. Patterson against the White Star Towing Company.
PER CURIAM. Motion denied, with $10 costs.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by John Paul and Margaretha Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied.

PAUL et al., Respondents, v. LONG ISLAND REAL ESTATE EXCH. & INV. CO., Appellant. (Supreme Court, Appellate Divi-

sion, Second Department. October 14, 1904.) Action by John Paul and Margaretha Paul against the Long Island Real Estate Exchange & Investment Company. No opinion. Motion denied, without costs.

PENFOLD, Appellant, v. GAUL, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by James C. Penfold against William Gaul.

PER CURIAM. Judgment of County Court reversed, and judgment of justice's court affirmed, with costs in County Court and upon this appeal to the plaintiff, appellant. Held, that affidavits could not be considered upon the hearing of the appeal, and the return does not show facts sufficient to authorize a reversal of the judgment of the justice's court.

PEOPLE, Respondent, v. ARNETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York against Burrett G. Arnett. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. BOWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Proceedings by the people of the state of New York against Charles B. Bowen. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. BRAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Fritz Brand.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., not voting.

PEOPLE, Respondent, v. BRAUN, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Proceedings by the people of the state of New York against Bernard Braun. A. Steckler, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE, Appellant, v. DEGENFELDER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Proceedings by the people of the state of New York against Joseph Degenfelder.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and HISCOCK, J., dissent, on the ground that it was error to reject the expert testimony offered for the purpose of showing that the milk in question had been adulterated by the addition of water.

PEOPLE, Respondent, v. DILLENSAGER, Appellant. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Proceedings by the people of the state of New York against Emil Dillensager. C. Schwick, for appellant. E. Sandford, for the People. No opinion. Judgment affirmed.

PEOPLE v. FITZGERALD et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Thomas W. Fitzgerald and Appleton L. Clark. No opinion. Motion to resettle order, by striking out allowance of costs, granted.

PEOPLE v. FLYNN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Levy Flynn. No opinion. Motion granted.

PEOPLE v. FUCARINO. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Gaetano Fucarino. No opinion. Motion denied. See memorandum.

PEOPLE v. HAUT. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against Simon Haut. No opinion. Motion granted.

PEOPLE, Respondent, v. KERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Lewis Kern. No opinion. Motion to dismiss appeal denied, without prejudice to the right to renew.

PEOPLE, Respondent, v. KINGSTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Proceedings by the people of the state of New York against William B. Kingston.

PER CURIAM. Judgment of conviction and order affirmed.

McLENNAN, P. J., dissents, upon the ground that the trial court committed reversible error in refusing to permit three of the jurors to answer certain questions bearing upon their competency to sit as jurors, and also in overruling defendant's challenge upon the ground of actual bias to the juror Hale.

PEOPLE, Respondent, v. MURRAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Proceedings by the people of the state of New York against Joseph Murray, alias John Casey.

PER CURIAM. Judgment of conviction affirmed.

WILLIAMS, J., not voting.

PEOPLE v. NICHOLS. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the state of New York against William Nichols. No opinion. Motion denied. See memorandum.

PEOPLE v. QUINN. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Proceedings by the people of the